**Opinion issued December 18, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-14-00645-CV

_____

## BOB BENNETT A/K/A ROBERT S. BENNETT, Appellant

## V.

## KELLY COGHLAN, COGHLAN & ASSOCIATES, RICHARD AND JANICE PULLMAN AS GUARDIANS OF MICHAEL PULLMAN, AND WINN BEAUDRY & WINN, LLP, Appellees

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 759593**

---

## MEMORANDUM OPINION

Appellant, Bob Bennett a/k/a Robert S. Bennett, proceeding *pro se*, has neither paid nor made arrangements to pay the required fee for preparing the clerk's record and has not established indigence for purposes of appellate costs.

*See* TEX. R. APP. P. 5, 20.1, 37.3(b). After being notified by the Clerk of this Court on October 21, 2014, and again on November 25, 2014, that this appeal was subject to dismissal for failure to pay the clerk's record fee without further notice unless appellant responded by December 8, 2014, appellant did not timely respond. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(c).

Accordingly, we **dismiss** the appeal for nonpayment of all required fees and for want of prosecution. *See* TEX. R. APP. P. 5, 42.3(b), (c). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Brown.